Vonte' Avon GAFFNEY, Petitioner–
Appellant,

v.

F.B. BISHOP, Jr.; The Attorney
General of Maryland, Re-
spondents–Appellees.

No. 13–8037.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 28, 2014.

Decided: June 6, 2014.

Vonte' Avon Gaffney, Appellant Pro Se.
Edward John Kelley, OFFICE OF THE
ATTORNEY GENERAL OF MARY-
LAND, Baltimore, Maryland, for Appel-
lees.

Before DUNCAN and FLOYD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Vonte' Avon Gaffney seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2012) petition. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. *See* 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Gaffney has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*